**No. 10-8042. Felix Alberto Castro-Davis, Petitioner v. United States.**

562 U.S. 1205, 131 S. Ct. 1056, 178 L. Ed. 2d 874, 2011 U.S. LEXIS 953.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 612 F.3d 53.

**No. 10-8044. Xu Jun Lee, Petitioner v. United States.**

562 U.S. 1205, 131 S. Ct. 1056, 178 L. Ed. 2d 874, 2011 U.S. LEXIS 991.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 428.

**No. 10-8047. Nathaniel Montgomery, Petitioner v. United States.**

562 U.S. 1205, 131 S. Ct. 1057, 178 L. Ed. 2d 874, 2011 U.S. LEXIS 924.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 398 Fed. Appx. 843.

**No. 10-8048. Robert Rich, Petitioner v. Rebecca Tamez, Warden.**

562 U.S. 1206, 131 S. Ct. 1057, 178 L. Ed. 2d 874, 2011 U.S. LEXIS 1032.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 390.

**No. 10-8051. Dario Osorio-Norena, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1057, 178 L. Ed. 2d 874, 2011 U.S. LEXIS 952.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-8052. Ahmad L. Banks, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1057, 178 L. Ed. 2d 874, 2011 U.S. LEXIS 989.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-8053. Nehgui Norman Cox, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1057, 178 L. Ed. 2d 874, 2011 U.S. LEXIS 1034.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 393 Fed. Appx. 617.

**No. 10-8056. Marcus Sims, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1057, 178 L. Ed. 2d 874, 2011 U.S. LEXIS 1006.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 398 Fed. Appx. 494.